AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)    ☐ Original    ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

**LODGED**
CLERK, U.S. DISTRICT COURT
2/18/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ASI    DEPUTY

for the

Central District of California

**FILED**
CLERK, U.S. DISTRICT COURT
02/18/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: IV    DEPUTY

United States of America,

v.

ESTEBAN ARTEAGA OCHOA,

Defendant.

Case No. 2:25-mj-00815-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, Josef L. Singer, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of October 11, 2024 in the county of Los Angeles in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal Alien Found in the United States Following Deportation |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/ Josef L. Singer
Complainant's signature

Josef L. Singer, Deportation Officer
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: February 18, 2025

*Patricia Donahue*
Judge's signature

City and state: Los Angeles, California

Hon. Patricia Donahue, U.S. Magistrate Judge
Printed name and title

AUSA: Max A. Shapiro (x7419)

**AFFIDAVIT**

I, Josef L. Singer, being duly sworn, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint and arrest warrant against ESTEBAN ARTEAGA OCHOA, also known as "Esteban Arteaga" and "Esteban Arteagaeochoa" ("ARTEAGA OCHOA") charging him with violating Title 8, United States Code, Section 1326(a), Illegal Alien Found in the United States Following Deportation.

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show that there is sufficient probable cause for the requested complaint and warrant and does not purport to set forth all my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## II. BACKGROUND OF DEPORTATION OFFICER JOSEF L. SINGER

3. I am a Deportation Officer ("DO") with the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"). I have been a DO with ICE, formerly known as the Immigration and Naturalization Service ("INS"), since April 2018. I am currently assigned to the Los Angeles Enforcement and Removal Operations ("ERO") field office.

### III. STATEMENT OF PROBABLE CAUSE

4. On or about October 11, 2024, the ICE Pacific Enforcement Response Center ("PERC") received an electronic notification based on biometric fingerprint information that ARTEAGA OCHOA was arrested and in the custody of the West Covina Police Department ("WCPD"). On or about that day, the PERC lodged a DHS Immigration Detainer with the WCPD. On or about October 11, 2024, ARTEAGA OCHOA was released from custody.

5. Based on my training and experience, I know that a DHS "A-File" is a file in which immigration records are maintained for aliens admitted to or found in the United States. I also know that a DHS A-File usually contains photographs, fingerprints, court records of conviction, and records relating to deportation or other actions by ICE or DHS with respect to the subject alien for whom the DHS A-File is maintained.

6. On or about December 11, 2024, I obtained and reviewed DHS A-File A205 719 067, which is maintained for the subject alien "ESTEBAN ARTEAGA OCHOA." The DHS A-File contained the following documents and information:

   a. ARTEAGA OCHOA'S Fingerprint Identification number ("FIN"). Based on my training and experience, I know that when an individual is fingerprinted by ICE (or its predecessor agency, the Immigration and Naturalization Service ("INS")), the individual is issued a FIN. The FIN is then automatically associated with the individual's A-File Number. In this case, ARTEAGA OCHOA's fingerprints were assigned the FIN 1149154026, which was then linked to A-Number 205-719-067. On or about

February 4, 2025, I reviewed the Immigration Alien Query ("IAQ") electronic notification associated with ARTEAGA OCHOA's October 11, 2024, arrest, and verified that the FIN associated with the IAQ was FIN 1149154026. I thus confirmed that the individual arrested on October 11, 2024, was ARTEAGA OCHOA.

        b. One executed Warrant of Removal/Deportation (Form I-205) indicating that ARTEAGA OCHOA was officially removed from the United States on or about April 30, 2013. I know from my training and experience that a Warrant of Removal/Deportation is executed each time a subject alien is removed and excluded from the United States by ICE (and its predecessor agency, INS) and usually contains the subject's photograph, signature, and fingerprint. The executed Warrant of Removal/Deportation in defendant's DHS A-File contained his photograph, signature, and fingerprint.

        c. A certified conviction record showing that ARTEAGA OCHOA was convicted on or about April 4, 2013, of Unlawful Taking of Vehicle Without Owner Consent, under the name "Esteban Ochoa Arteaga," in violation of California Vehicle Code Section 10851(a), in the Superior Court of the State of California, Los Angeles County, Case Number 3CP00599, for which ARTEAGA OCHOA was sentenced to a total term of 30 days' jail and 36 months' probation.

        d. A certified conviction record showing that ARTEAGA OCHOA was convicted on or about April 9, 2013, of Sell/Transport for Sale Controlled Substances, under the name "Esteban Arteaga" in violation of California Health and Safety

Code Section 11379(a), in the Superior Court of the State California, Los Angeles County, Case Number VA127469, for which ARTEAGA OCHOA was sentenced to 120 days' jail and 36 months' probation.

        e.    Various documents, in addition to the documents mentioned previously, indicating that ARTEAGA OCHOA is a native and citizen of Mexico. These documents include: (i) one Immigration Judge Final Order of Removal, dated April 29, 2013, ordering ARTEAGA OCHOA removed to Mexico.

        7.    On or about November 21, 2024, I reviewed the printouts of the Criminal Identification Index ("CII"). Based on my training and experience, I know that the CII database tracks and records arrests and convictions of individuals according to an individual's CII number. The CII printouts confirmed that ARTEAGA OCHOA had been convicted of the crime reflected on the documents contained in defendant's DHS A-File.

        8.    On or about February 5, 2025, I reviewed printouts of ICE computer indices on ARTEAGA OCHOA. Based on my training and experience, I know that ICE computer indices track and document each time an alien is deported or excluded from the United States by ICE, was deported or excluded by the former INS, or is granted permission to enter or re-enter the United States. The ICE computer indices confirmed that ARTEAGA OCHOA had been removed, deported, and/or excluded on the date indicated on the Warrant of Removal/Deportation, found in ARTEAGA OCHOA's DHS A-File. ICE computer indices further indicated that ARTEAGA OCHOA had not applied for or obtained from the Attorney General or the

Secretary of Homeland Security, permission to re-enter the United States.

9.  Based on my review of ARTEAGA OCHOA's DHS A-File, I determined that it does not contain any record of his ever applying for or receiving from the Attorney General or the Secretary of Homeland Security, permission to re-enter the United States.  Based on my training and experience, I know that such documentation is required to re-enter the United States legally after deportation, and that if such documentation existed, it would ordinarily be found in defendant's DHS A-File.

## IV. CONCLUSION

10.  For all the reasons described above, there is probable cause to believe that defendant has committed a violation of Title 8, United States Code, Sections 1326(a), Illegal Alien Found in the United States Following Deportation.

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this __18th__ day of
February 2025.

_/s/ Patricia Donahue_

HONORABLE PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE

5